■ In the Matter of IYISHA F. and Another, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; SONIA A.F., Appellant. [940 NYS2d 516]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.